UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS LANGER,

        Plaintiff,

    v.

HOMELIGHT INC.,

        Defendant.

Case No. 20-cv-07663-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 16

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: January 27, 2021

                              WILLIAM H. ORRICK
                              United States District Judge